UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60358-CIV-ALTMAN

HOROWITZ vs. ALLIED MARINE, INC

PLEASE NOTE:  DO **NOT** SHOW YOUR NUMERICAL DIVISION
PLEASE RETAIN THIS FORM WITH THE EXHIBITS

1. We would like additional clarification regarding the value of the goods accepted. How do we determine?

2. We would like additional clarification regarding the value they would have had if they had been as warranted. How do we determine? (Damages paragraph ctions)

FOREPERSON'S SIGNATURE: _____

DATE: 4/29/24     TIME: 1:07 pm.

COURT'S ANSWER: _____

SIGNED: _____  DATE: _____  TIME: _____
JUDGE ROY K. ALTMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60358-CIV-ALTMAN

HOROWITZ vs. ALLIED MARINE, INC

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION
PLEASE RETAIN THIS FORM WITH THE EXHIBITS

3 Do the damages awarded include or exclude the actual boat?

FOREPERSON'S SIGNATURE

DATE: 4/29/24     TIME: 7:04 pm.

COURT'S ANSWER:

SIGNED: _____   DATE: _____   TIME: _____
JUDGE ROY K. ALTMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-60358-ALTMAN/Hunt

**KENNETH A. HOROWITZ**, *as*
*Assignee of Underwater Exploration Company Inc.*,

    *Plaintiff*,

*v.*

**ALLIED MARINE, INC.**, *et al.*,

    *Defendants.*
_____/

## SUPPLEMENTAL JURY INSTRUCTIONS

### ANSWER TO QUESTIONS 1 & 2

The value of the goods as warranted is the value of the Yacht ALLIED MARINE promised to deliver, either expressly or impliedly, whereas the value of the goods as accepted is the value of the Yacht HOROWITZ actually received. As always, your own recollection of the evidence with respect to these values controls.

### ANSWER TO QUESTION 3

The measure of damages is the difference at the time and place of acceptance between the value of the goods accepted and the value they would have had if they had been as warranted. Accordingly, possession of the physical boat is irrelevant to your calculation of damages.

\* \* \*

I remind you to consider this supplemental instruction together with all my instructions as a whole.