UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-60358-ALTMAN/Hunt

**KENNETH A. HOROWITZ**, as
*Assignee of Underwater Exploration Company Inc.*,

    *Plaintiff*,

v.

**ALLIED MARINE, INC.**, *et al.*,

    *Defendants*.
_____/

## FINAL JUDGMENT

This case was duly tried before a Jury, which rendered its verdict. *See* Paperless Minute Entry of Completed Jury Trial [ECF No. 218]. In accordance with that verdict, we hereby **ORDER and ADJUDGE** as follows:

1. The Defendant, Allied Marine, Inc., has been found liable for breach of the implied warranty of merchantability (Count VI), and judgment shall be entered against the Defendant and in favor of the Plaintiff, Kenneth A. Horowitz, on that count. The Defendant shall pay the Plaintiff $546,055.28 in damages.

2. The Defendant has been found *not* liable for breach of the express limited warranty (Counts I and IV), and judgment shall be entered against the Plaintiff and in favor of the Defendant on those counts.

3. The Clerk is directed to **CLOSE** this case. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on April 29, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record